NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
Richard H. Hikida, Bar No. 196149
rhikida@trialnewport.com
David W. Reid, Bar No. 267382
dreid@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLYN CAUSILLAS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLNX LIFE SCIENCES USA, a Delaware corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. CV 12-10044-JFW (FFMx)<br><br>**PROPOSED ORDER RE REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Complaint Filed:   November 26, 2012 |

The Court, having considered the concurrently filed Request for Voluntary Dismissal filed by Plaintiff Jacklyn Causillas on January 4, 2013, finds that this action should be dismissed with prejudice as to Plaintiff's claims and without prejudice to the class.

Date: January 7, 2013

_____
Hon. John F. Walter
United States District Judge